**Opinion issued February 22, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

### NO. 01-22-00880-CV

————————————

**ANDREW HAYWARD JACKSON, JR., Appellant**

**V.**

**FORT BEND COUNTY, FORT BEND COUNTY DRAINAGE DISTRICT, FORT BEND COUNTY EMERGENCY SERVICE DISTRICT NO. 7, FORT BEND COUNTY FRESH WATER SUPPLY DISTRICT NO. 1, FORT BEND COUNTY GENERAL FUND, AND FORT BEND INDEPENDENT SCHOOL DISTRICT, Appellees**

---

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 21-DCV-282688**

---

### MEMORANDUM OPINION

Appellant, Andrew Hayward Jackson, Jr., proceeding pro se, filed a notice of appeal from the trial court's October 25, 2022 judgment. Certain appellees, namely Fort Bend County, Fort Bend County, Fort Bend County Drainage District, Fort

Bend County Emergency Service District No. 7, Fort Bend County Fresh Water Supply District No. 1, and Fort Bend County General Fund (collectively, the "Fort Bend Appellees"), filed a motion to dismiss the appeal for want of prosecution, asserting that appellant has failed to timely file a brief.

We grant the Fort Bend Appellees' motion and dismiss the appeal for want of prosecution.

The clerk's record was filed on January 24, 2023, and the appellate record was completed on July 17, 2023 when the reporter's record was filed. Appellant's brief was therefore originally due on or before August 16, 2023. *See* TEX. R. APP. P. 38.6(a), (d). On the motion of appellant, the deadline for filing his brief was extended to December 18, 2023. However, no brief was filed.

Based on appellant's failure to timely file his brief, the Fort Bend Appellees filed a motion to dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b). More than ten days have passed since the motion to dismiss was filed, and appellant has not adequately responded. *See* TEX. R. APP. P. 10.3(a).

Accordingly, we grant the Fort Bend Appellees' motion and dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), 43.2(f). All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Farris.